# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | CV 14-02498-ODW (SHx) | Date | September 1, 2017 |
|---|---|---|---|
| Title | *Veronica J. Rowe v. Randall D. Naiman, ESQ, et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                  **In Chambers**

The Court hereby **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, no later than **October 2, 2017**, why this case should not be dismissed for lack of prosecution. No hearing will be held. In their response, Plaintiff should address the following issue in addition to any other issues they deem appropriate:

(1) Why Plaintiff has failed to timely file a 90-day status report, as required by the Court's Order of August 15, 2014. (*See* ECF No. 22.)

Failure to timely respond to this Order may result in dismissal of the case.

                                                                           :    00

                                         Initials of Preparer    SE